IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-120-D-12
No. 7:20-CV-118-D

| | | |
|---|---|---|
| KASHIF ARDE RHODES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER TO HOLD |
| | ) | IN ABEYANCE |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause shown upon the Government's motion to stay this matter, it is

hereby ORDERED that this matter be placed in abeyance pending issuance of the

mandate by the Fourth Circuit of Appeals in *United States v. Gary*, No. 18-4578.

Upon issuance of the mandate in *Gary*, the United States shall have thirty (30) days

to submit a response to Petitioner's motion.

So ORDERED, this _6_ day of August, 2020.

JAMES C. DEVER III
United States District Judge