IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-120-D
No. 7:20-CV-118-D

| | |
|---|---|
| KHASIF ARDE RHODES, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) **ORDER**<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | )<br>) |

On November 16, 2021, Khasif Arde Rhodes ("petitioner") moved to withdraw his section 2255 motion to vacate and for counsel Nardine Mary Guirgus to withdraw as counsel of record for petitioner in this action. See [D.E. 646]. For good cause shown, petitioner's motion to withdraw his section 2255 motion [D.E. 573] is WITHDRAWN and Nardine Mary Guirgus is GRANTED leave to withdraw as counsel of record for petitioner. The court DISMISSES AS MOOT respondent's motion to dismiss [D.E. 633]. The United States shall respond to petitioner's motion for compassionate release not later than January 24, 2022.

SO ORDERED. This 22 day of December, 2021.

JAMES C. DEVER III
United States District Judge